# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| GEORGE LEONARD JONES | : | VIOLATION:<br>18 U.S.C. § 922(g)(1), 924(e) |
| | : | (possession of a firearm by a felon - 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 6, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**GEORGE LEONARD JONES,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a SCCY Model CPX-1, 9mm semi-automatic pistol, bearing serial number 765007, loaded with 10 live rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(l), 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(l), set forth in this indictment, defendant

**GEORGE LEONARD JONES**

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a SCCY Model CPX-1, 9mm semi-automatic pistol, bearing serial number 765007, and

2. Ten live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*[signature]*

**JENNIFER A. WILLIAMS**
**Acting United States Attorney**

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

GEORGE LEONARD JONES

**INDICTMENT**

**18 U.S.C. § 922(g)(1), 924(e) (possession of a firearm by a felon - 1 count);
Notice of forfeiture**

A true bill.

_____

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____