**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGE LEONARD JONES,** | : | **NO. 21-cr-14-1** |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this **4th** day of **March 2026**, upon consideration of Defendant's Motion for Reconsideration of Denial of Defendant's Motion for Compassionate Release (ECF No. 93, the "Motion"), the Government's Response in Opposition to Defendant's Motion (ECF No. 96), Exhibit A to the Government's Response in Opposition to Defendant's Motion (ECF No. 97), and the docket, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Reconsideration (ECF No. 93) is **DENIED**.

> BY THE COURT:
>
> /s/ Chad F. Kenney
> _____
> **CHAD F. KENNEY, JUDGE**